*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re:     Chapter: 13
    David J. Angstadt
                Debtor(s)     Bankruptcy No: 19−11389−ref

*O R D E R*

**AND NOW,** this 7th day of March 2019 , the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

    <u>Documents and Deadline</u>

    Chapter 13 Plan due by 03/20/2019.
    Chapter 13 Statement of Your Current Monthly Income and
    Calculation of Commitment Period Form 122C−1 Due 03/20/2019.
    Means Test Calculation Form 122C−2 − If Applicable − Due: 03/20/2019.
    Schedules AB−J due 03/20/2019.
    Statement of Financial Affairs due 03/20/2019.
    Summary of Assets and Liabilities Form B106 due 03/20/2019.

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

                      By the Court

                      Richard E. Fehling
                      Chief Judge , United States Bankruptcy Court