**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE:<br>DAVID J ANGSTADT<br><br>DEBTOR | BANKRUPTCY NO. 19-11389<br><br>CHAPTER 13 |
|---|---|

## O R D E R

AND NOW, upon consideration of the Motion under Bankruptcy rule 1007(c) for Extension of Time to File Chapter 13 schedules, statements, disclosures and plan, it is hereby

ORDERED, that Debtor, David J. Angstadt, in this proceeding, is granted until Monday, April 1, 2019 to file all of the documents required by Bankruptcy Rule 1007, including all schedules, statements, disclosures and plan.

BY THE COURT:

_____
United States Bankruptcy Judge

**Date: March 19, 2019**

Interested Parties:

Shawn J. Lau, Esquire
Counsel for Debtor
Lau & Associates, P.C.
4228 St. Lawrence Avenue
Reading, PA 19606